UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES STOCKMAN AND EASTER STOCKMAN,<br><br>         Plaintiffs,<br><br>  vs.<br><br>STARR INDEMNITY & LIABILITY COMPANY,<br><br>         Defendant. | 3:13-cv-00379-LRH-WGC<br><br>**ORDER**<br><br>re: Motion for Substitution of Party Pursuant to FRCP 25(a)<br>Doc. # 13 |

    Before the court is Plaintiff's Motion for Substitution of Party Pursuant to Fed. R. Civ. P. 25(a). (Doc. # 13.) Plaintiff James Stockman seeks to substitute James Stockman, as Special Administrator of the Estate of Eastermarie B. Stockman, as a party plaintiff due to the death of Plaintiff Easter Stockman. No response to the motion has been filed.

    Good cause appearing, Plaintiff's motion (Doc. # 13) is **GRANTED**. James Stockman as Special Administrator of the Estate of Eastermarie B. Stockman is substituted in place of Easter Stockman. The case caption is amended accordingly. All further filings shall bear the following caption:

    JAMES STOCKMAN, Individually, and as Special Administrator of the Estate

    of EASTERMARIE B. STOCKMAN, Plaintiffs, vs. STARR INDEMNITY &

    LIABILITY COMPANY, Defendant.

**IT IS SO ORDERED.**

DATED: November 5, 2013

 

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE